## EX PARTE JOHNSON.

(Decided December 21, 1916. Rehearing denied January 18, 1917.
73 South. 1000.)

CERTIORARI to Court of Appeals.

C. L. PRICE and DANIEL W. TROY, for petitioner. W. L. MARTIN, Attorney General, contra.

Per Curiam.—Petition of William Johnson for certiorari to Court of Appeals to review and revise the judgment of said court affirming the judgment of the trial court in the case of *Johnson v. The State,* 15 Ala. App. 298, 73 South. 210. Writ denied.

## EX PARTE MULLIGAN.

(Decided October 19, 1916. 73 South. 1001.)

CERTIORARI to Court of Appeals.

EYSTER & EYSTER, for petitioner. W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, contra.

ANDERSON, C. J.—Petition of John W. Mulligan for certiorari to Court of Appeals to review and revise the judgment of the said court affirming the judgment of the trial court in the case of *Mulligan v. The State,* 15 Ala. App. 204, 72 South. 761. Writ denied.

## EX PARTE NELSON.

(Decided December 21, 1916. 73 South. 1001.)

CERTIORARI to Court of Appeals.

WILLIAM F. THETFORD, JR., for petitioner. WILLIAM L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, contra.

Per Curiam.—The record does not exhibit a case for our intervention and review and the writ is therefore denied, without approving or disapproving what is said in the opinion in *Nelson v. The State,* 15 Ala. App. 102, 72 South. 510.

All the Justices concur.

## EX PARTE NEWSOM.

(Decided October 19, 1916. Rehearing denied December 30, 1916.
73 South. 1001.)

CERTIORARI to Court of Appeals.

O. KYLE and WERT LYNNE, for petitioner. W. L. MARTIN, Attorney General and H. G. DAVIS, Assistant Attorney General, contra.

GARDNER, J.—Petition of T. J. Newsom for certiorari to Court of Appeals to review and revise the judgment of the said court firming the judgment of the trial court in the case of *Newsom v. The State*, 15 Ala. App. 43, 72 South. 579. Writ denied.

---

## EX PARTE O'REAR.

(Decided October 19, 1916. 73 South. 1001.)

CERTIORARI to Court of Appeals.

HILL, HILL, WHITING & STERN, for petitioner. W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, contra.

SOMERVILLE, J.—Petitition of W. E. O'Rear for certiorari to Court of Appeals to review and revise the judgment of the said court in the case of *O'Rear v. State*, 15 Ala. App. 17, 72 South. 505. Writ denied.

---

## EX PARTE PALMER.

(Decided December 21, 1916. 73 South. 1001).

CERTIORARI to Court of Appeals.

FARMER & FARMER, for petitioner. W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, contra.

McCLELLAN, J.—Petition of Tobe Stout for certiorari to Court of Appeals to review and revise the judgment of said court affirming the judgment of the trial court in the case of *Palmer v.* 15 Ala. App. 206, 72 South. 762. Writ denied.

---

## EX PARTE PHELPS.

(Decided December 21, 1916. 73 South. 1001.)

ORIGINAL petition in Supreme Court.

JAMES C. PHELPS, for petitioner. LUM DUKE, *pro se*, contra.

Per Curiam.—Petition of R. W. Phelps for prohibition to the judge of the Lee County Law and Equity Court. Writ denied.